IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD LINDSEY and** * | |
| **SUSAN LINDSEY,** * | |
| * | |
| **Plaintiffs,** * | |
| * | |
| VS. * | Case No:  1:06 CV 656-LG-RHW |
| * | |
| **MISSISSIPPI STATE PORT** * | |
| **AT GULFPORT, MISSISSIPPI** * | |
| **STATE PORT AUTHORITY,** * | |
| **MISSISSIPPI DEVELOPMENT** * | |
| **AUTHORITY, TURBANA** * | |
| **CORPORATION, CHIQUITA** * | |
| **FRESH NORTH AMERICA LLC,** * | |
| **DOLE FOOD COMPANY INC.,** * | |
| **CROWLEY AMERICAN** * | |
| **TRANSPORT INC., CROWLEY LINER** * | |
| **SERVICES INC., ABC CORPORATION,** * | |
| **XYZ COMPANY,** * | |
| * | |
| **Defendants.** * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Motion of the Plaintiffs and Defendant Turbana Corporation and upon consideration of the Motion, having been signed by counsel for the Plaintiffs and Defendant Turbana Corporation, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Turbana Corporation is and shall be dismissed without prejudice as a party Defendant in this action with costs taxed as paid.

SO ORDERED AND ADJUDGED this the 13TH day of  February 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED:

_____        _____
JAMES L. DAVIS, III                                              ALLEN E. GRAHAM
Attorney for Plaintiffs                                            Attorney for Turbana Corporation